UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rocco Ciofoletti, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc.,<br><br>  Defendants. | Case No. 0:18-cv-03025 (JNE/ECW) |

**Notice of Appearance**

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that David M. Wilk, of the law firm of Larson • King, LLP, shall appear as counsel of record for Defendants in the above-captioned matter.

|  |  |
|---|---|
| | **Larson • King, LLP** |
| Dated this 15th day of November, 2018. | By____*s/David M. Wilk*____<br>David M. Wilk #222860<br>Shawn M. Raiter #240242<br>2800 Wells Fargo Place<br>300 East Seventh Street<br>Saint Paul, MN 55101<br>Telephone: 651-312-6500<br>Telefax: 651-312-6615<br>dwilk@larsonking.com<br>sraiter@larsonking.com<br><br>***Attorneys for Defendants*** |