# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Rocco Ciofoletti, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc.,<br><br>    Defendants. | Case No. 0:18-cv-03025 (JNE/ECW) |

## JOINT STIPULATION FOR EXTENSION OF TIME

**NOW COME** the parties, Plaintiff Rocco Ciofoletti, on behalf of himself and all others similarly situated and Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc. (collectively "Securian") for their Joint Stipulation for Extension of Time state as follows:

  1. Plaintiff served Securian with a Summons and Complaint ("Complaint") in this matter on November 8, 2018. Securian's time to answer or respond to the Complaint ends on November 29, 2018.

  2. The parties hereby stipulate and respectfully request that the Court extend the deadline for Securian to file its Answer to the Complaint or otherwise plead up to and including December 14, 2018.

1

3. This motion is being brought jointly by the parties for good cause, and not for the purpose of unnecessary delay.

**WHEREFORE**, the parties jointly request this Court enter an order, extending the deadline for Securian to file its Answer to the Complaint or otherwise plead to December 14, 2018.

**LARSON · KING, LLP**

By:   s/ Shawn M. Raiter
Shawn M. Raiter (#240424)
David M. Wilk (#222860)
2800 Wells Fargo Place
30 East 7th Street, Suite 2800
St. Paul, MN 55101
Tel: (651) 312-6500
sraiter@larsonking.com
dwilk@larsonking.com

**ALSTON & BIRD, LLP**
Robert D Phillips, Jr (pro hac vice)
Gillian H. Clow (pro hac vice)
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Tel: 213-576-1080
bo.phillips@alston.com
gillian.clow@alston.com

*Attorneys for Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc.*

**GUSTAFSON GLUEK, PLLP**

By: s/ Daniel E. Gustafson
Daniel E Gustafson (#202241)
Daniel J. Nordin (#392393)
Karla M. Gluek (#238399)
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
dgustafson@gustafsongluek.com
dnordin@gustafsongluek.com
kgluek@gustafsongluek.com

**SQUITIERI & FEARON, LLP**
Lee Squitieri
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

***Attorneys for Plaintiff Rocco Ciofoletti***