UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rocco Ciofoletti, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc.<br><br>Defendants. | Case No. 0:18-cv-03025 (JNE/ECW) |

**Defendants' Partial Motion to Dismiss
Plaintiff's Complaint for Failure to State a Claim**

Defendants, by and through their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that this Court enter an Order partially dismissing Plaintiff's Complaint for Failure to State a Claim.

This motion is based upon Defendants' memorandum of law in support of dismissal, and all files, records, and pleadings, the arguments of counsel, and any additional argument, evidence, or briefing as may be presented.

1

Dated: <u>December 14, 2018</u>    **Larson • King, LLP**

By <u>    s/Shawn M. Raiter    </u>
Shawn M. Raiter (#240424)
David M. Wilk (#222860)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com
dwilk@larsonking.com

and

Robert D. Phillips, Jr.
(Admitted *Pro Hac Vice*)
Kimberly K. Chemerinsky
(Admitted *Pro Hac Vice*)
Gillian H. Clow
(Admitted *Pro Hac Vice*)
**Alston & Bird, LLP**
333 South Hope St, 16th FL
Los Angeles, CA  90071
(213) 576-1000
bo.phillips@alston.com
kim.chemerinsky@alston.com
gillian.clow@alston.com