**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rocco Ciofoletti, on behalf of themselves and all other similarly situated,

        Plaintiff,

v.                                                                Civil No. 18-3025 (JNE/ECW)

Securian Financial Group, Inc.;
Minnesota Life Insurance Company;
Securian Life Insurance Company; and
Minnesota Mutual Companies, Inc.,

        Defendants.
_____

Larry Stospal, on behalf of themselves and all other similarly situated,

        Plaintiff,

v.                                                                Civil No. 18-3047 (MJD/KMM)

Securian Financial Group, Inc.;
Minnesota Life Insurance Company;
Securian Life Insurance Company; and
Minnesota Mutual Companies, Inc.,

        Defendants.
_____

Brian Harrison, individually and on behalf of all others similarly situated,

        Plaintiff,

v.                                                                Civil No. 18-3274 (MJD/KMM)

Securian Financial Group and
Minnesota Life Insurance Company,

        Defendants.

# ORDER OF DIRECTION TO THE CLERK OF COURT
# FOR REASSIGNMENT OF RELATED CASE

Case No. 18-cv-3025 (JNE/ECW) having been assigned to Judge Joan N. Ericksen and Case Nos. 18-cv-3047 (MJD/KMM) and 18-cv-3274 (MJD/KMM) having later been assigned to Judge Michael J. Davis, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 18-cv-3047 (MJD/KMM) and 18-cv-3274 (MJD/KMM) be assigned to Judge Joan N. Ericksen and Magistrate Judge Elizabeth Cowan Wright, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: December 18, 2018

                                                                          s/ Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          United States District Judge

Dated: December 19, 2018

                                                                          s/ Michael J. Davis
                                                                          MICHAEL J. DAVIS
                                                                          United States District Judge