## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, on behalf of themselves and all others similarly situated,<br><br>               Plaintiff,<br><br>      -vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>               Defendants. | Case No.: 18-cv-3025-JNE-ECW |
| LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>               Plaintiff,<br><br>      -vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>               Defendants. | Case No.: 18-CV-3047-JNE-ECW |

| | |
|---|---|
| BRIAN HARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP and MINNESOTA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 18-CV-3274-JNE-ECW |

**STIPULATION TO WITHDRAW DEFENDANTS' MOTIONS TO DISMISS; TO DISMISS PLAINTIFFS' BREACH OF FIDUCIARY DUTY CLAIMS PURSUANT TO FED. R. CIV. P. 41(a) AND SETTING DEADLINES FOR DEFENDANTS' ANSWER AND THE PARTIES' RULE 26 PRETRIAL SCHEDULING CONFERENCE**

**WHEREAS,** on December 14, 2018, Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc. (the "Defendants") filed a motion to dismiss the complaint in each of the above-captioned actions.  (No. 0:18-cv-03025-JNE-ECW, Dkt. No. 20; No. 0:18-cv-03047-JNE-ECW, Dkt. No. 20; No. 0:18-cv-03274-JNE-ECW, Dkt. No. 16).

**WHEREAS**, the Parties have met and conferred and have stipulated that Defendants will withdraw as moot their pending motions to dismiss in each of the above-captioned actions (No. 0:18-cv-03025-JNE-ECW, Dkt. No. 20; No. 0:18-cv-03047-JNE-ECW, Dkt. No. 20; No. 0:18-cv-03274-JNE-ECW, Dkt. No. 16) in return for Plaintiffs' dismissal of the breach of fiduciary duty and aiding and abetting breach of fiduciary duty claims in each of the respective actions.

2

**WHEREAS**, the Parties have also agreed on that Defendants' Answer will be filed in each of the above-captioned actions within thirty (30) calendar days of the Order related to this Stipulation (the "Order") and that the Parties will conduct their Rule 26 pretrial scheduling meeting in each of the respective actions within ten (10) calendar days of the Order.

**NOW, THEREFORE**, the Parties respectfully request that the Court accept the Parties' Stipulation and order that Defendants' motions be withdrawn as moot; that Plaintiffs' breach of fiduciary duty and aiding and abetting breach of fiduciary duty claims be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a), that Defendants shall file an Answer to each of the above-captioned actions within thirty (30) calendar days of the date of the Order, and that the Parties shall conduct their Rule 26 pretrial scheduling meeting with ten (10) calendar days of the date of the Order.

Respectfully submitted,

Dated:  January 11, 2019

*s/ Daniel E. Gustafson*
Daniel  E. Gustafson (#202241)
Karla M. Gluek (#238399)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys for Ciofoletti and Stospal Plaintiffs*

3

Lee Squitieri (*pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

*Attorney for Ciofoletti Plaintiff*

Kenneth A. Wexler (*pro hac vice*)
Kara A. Elgersma (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

*Attorneys for Stospal Plaintiff*

Dated:  January 11, 2019          *s/Garrett D. Blanchfield, Jr.*
Garrett D. Blanchfield, Jr. (#209855)
**REINHARDT WENDORF & BLANCHFIELD**
W1050 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com

*Attorney for Harrison Plaintiff*

Dated:  January 11, 2019          *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
sraiter@larsonking.com
dwilk@larsonking.com

4

Robert D. Phillips, Jr. (*pro hac vice*)
Kimberly K. Chemerinsky (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD, LLP**
333 South Hope St, 16th FL
Los Angeles, CA 90071
Tel: (213) 576-1000
bo.phillips@alston.com
kim.chemerinsky@alston.com
gillian.clow@alston.com

***Attorneys for Defendants***