# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, on behalf of themselves and all others similarly situated,<br><br>              Plaintiff,<br><br>            -vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>            Defendants. | Case No.: 18-cv-03025-JNE-ECW |
| LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiff,<br><br>            -vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>            Defendants. | Case No.: 18-cv-03047-JNE-ECW |

**PLAINTIFFS' MOTION FOR CONSOLIDATION OF ACTIONS AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL**

Pursuant to Fed. R. Civ. 42 (a) and 23 (g), Plaintiffs in the above-captioned Minnesota actions ("Minnesota Actions") move for entry of an Order consolidating the Minnesota Actions with *Harrison v. Securian Financial Group*, No. 18-CV-3274-JNE-ECW (the "Harrison Action"); and appointing Dan Gustafson of Gustafson Gluek PLLC as Minnesota Interim Co-Lead Counsel, Lee Squitieri of Squitieri & Fearon, LLP, and Kenneth Wexler of Wexler Wallace LLP as additional Interim Co-Lead Counsel (collectively "Interim Co-Lead Counsel").

Defendants Securian Financial Group, Inc.; Minnesota Life Insurance Company; Securian Life Insurance Company; and Minnesota Mutual Companies, Inc. (collectively "Defendants") support the motion for consolidation and take no position on the Minnesota Actions Plaintiffs' proposed appointment of Interim Lead Counsel. The Harrison Action Plaintiff supports consolidation and will separately seek interim leadership for its counsel.

This Motion is based on: (1) the Memorandum of Law in Support of Plaintiffs' Motion for Consolidation of Actions and Appointment of Interim Co-Lead Counsel; (2) the Declaration of Daniel E. Gustafson in Support of Plaintiffs' Motion for Consolidation of Actions and Appointment of Interim Co-Lead Counsel and Exhibits; and (3) the Proposed Order, served and filed together with any additional information or argument presented to the Court.

Dated: January 15, 2019                              Respectfully submitted,

                                                    */s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dnordin@gustafsongluek.com

Lee Squitieri
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
lee@sfclasslaw.com

Kenneth A. Wexler
Kara A. Elgersma
**WEXLER WALLACE LLP**
55 W Monroe Street
Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

*Proposed Interim Co-Lead Counsel and Attorneys for Minnesota Actions Plaintiffs*

3