# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>Defendants. | Case No.: 18-cv-03025-JNE-ECW |
| LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>Defendants. | Case No.: 18-cv-03047-JNE-ECW |

**RULE 7.1 (f) COMPLIANCE CERTIFICATE**

The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), the Memorandum of Law in Support of Plaintiffs' Motion for Consolidation of Actions and Appointment of Interim Co-Lead Counsel contains 5,429 words, as determined through the word count feature of the Microsoft Office Word 2016 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated: January 15, 2019              /s/Daniel E. Gustafson
                                     Daniel E. Gustafson (#202241)
                                     Karla M. Gluek (#238399)
                                     Daniel J. Nordin (#392393)
                                     **GUSTAFSON GLUEK PLLC**
                                     Canadian Pacific Plaza
                                     120 South 6th Street, Suite 2600
                                     Minneapolis, MN 55402
                                     Tel: (612) 333-8844
                                     dgustafson@gustafsongluek.com
                                     kgluek@gustafsongluek.com
                                     dnordin@gustafsongluek.com

                                     Lee Squitieri
                                     **SQUITIERI & FEARON, LLP**
                                     32 East 57th Street
                                     12th Floor
                                     New York, New York 10022
                                     Tel: (212) 421-6492
                                     Fax: (212) 421-6553
                                     lee@sfclasslaw.com

Kenneth A. Wexler
Kara A. Elgersma
**WEXLER WALLACE LLP**
55 W Monroe Street
Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

*Proposed Interim Co-Lead Counsel and Attorneys for Minnesota Actions Plaintiffs*