UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br><br>Defendants. | Case No.: 0:18-cv-03025-JNE-ECW |

## **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, by and through counsel, hereby moves this Court for an order pursuant to Rules 23(a), (b)(2) and (b)(3) certifying this action as a class action pursuant to Rule 23(b)(2) and (b)(3); appointing all Plaintiff's attorneys as Class Counsel and appointing Plaintiffs as Class Representatives at a hearing set for January 15, 2020 at 9:30 a.m. before Honorable Joan E. Ericksen at the Courthouse at 300 South Fourth Street, Minneapolis, Minnesota 55147.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Memorandum of Law and the Declaration of Lee Squitieri filed in support of this Motion.

Dated:  December 2, 2019    *s/ Lee Squitieri*
Lee Squitieri (*pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

*Attorneys for Ciofoletti Plaintiff*

Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Amanda M. Williams (#341691)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
awilliams@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys for Ciofoletti and Stospal Plaintiffs*

Kenneth A. Wexler (*pro hac vice*)
Kara A. Elgersma (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

***Attorneys for Stospal Plaintiff***