UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR AND ROCCO CIOFOLETTI, and LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>Defendants. | Case No.: 18-cv-03025-JNE-ECW |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Eleanor Ciofoletti, Rocco Ciofoletti, and Larry Stospal ("Plaintiffs") and Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies ("Minnesota Life") (collectively, the "Parties") jointly move to set a briefing schedule on Plaintiffs' Motion for Class Certification, and state as follows:

1. On December 1, 2019, Plaintiffs filed a Motion for Class Certification (the "Motion").

2. Under this Court's L.R. 7-1(c), Minnesota Life's Opposition to Plaintiffs' Motion would be due twenty-one days later, on December 23, 2019, and Plaintiffs' reply would be due fourteen days after that, on January 6, 2020.

3. The Parties have conferred and agree that it would conserve the resources of the Parties and the Court to extend the Parties' respective deadlines to file their responses to Plaintiffs' Motion until after the Court-ordered settlement conference set for January 29, 2020. Extending the Parties' respective deadlines will allow the Parties to focus their current efforts on meaningful settlement negotiations prior to the settlement conference. It will also allow the Parties additional time to take discovery that may be used to support their responses and to facilitate possible settlement discussions in advance of the conference.

4. In light of the above considerations, the Parties respectfully request that the Court set the following briefing schedule on Plaintiffs' Motion:

   a) Minnesota Life's Opposition to Plaintiffs' Motion shall be filed no later than February 14, 2020.

   b) Plaintiffs' Reply in Support of Motion shall be filed no later than March 2, 2020.

5. The Parties also request that the Court continue the hearing on Plaintiffs' Motion from January 16, 2020, to March 16, 2020, or any date thereafter that is more convenient for the Court.

Respectfully submitted,

Dated: December 6, 2019

*s/ Kathy J. Huang*
Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD, LLP**
333 South Hope St, 16th FL
Los Angeles, CA 90071
Tel: (213) 576-1000
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
sraiter@larsonking.com
dwilk@larsonking.com

***Attorneys for Defendants***

| | |
|---|---|
| Dated:  December 6, 2019 | *s/ Lee Squitieri*<br>Lee Squitieri (*pro hac vice*)<br>**SQUITIERI & FEARON, LLP**<br>32 East 57th Street, 12th Floor<br>New York, New York 10022<br>Tel: (212) 421-6492<br>lee@sfclasslaw.com<br><br>Kenneth A. Wexler (*pro hac vice*)<br>Kara A. Elgersma (*pro hac vice*)<br>**WEXLER WALLACE LLP**<br>55 W Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: (312) 346-2222<br>kaw@wexlerwallace.com<br>kae@wexlerwallace.com<br><br>Daniel E. Gustafson (#202241)<br>Karla M. Gluek (#238399)<br>Amanda M. Williams (#341691)<br>Daniel J. Nordin (#392393)<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>kgluek@gustafsongluek.com<br>awilliams@gustafsongluek.com<br>dnordin@gustafsongluek.com<br><br>***Attorneys for Plaintiffs*** |

4