

**SHAWN RAITER**
sraiter@larsonking.com
D 651-312-6518

January 9, 2020

Via ECF
Magistrate Judge Elizabeth Cowan Wright
United States District Court
342 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:  Rocco Ciofoletti, et al. v. Securian Financial Group, Inc., et al.
     Case No. 18-cv-03025 (JNE/ECW)

Dear Magistrate Judge Wright:

The Securian defendants write to request a short telephone conference with the Court today to address pressing scheduling issues.

The Court currently has a settlement conference scheduled for January 29 in St. Paul.  Securian has noticed the depositions of the Ciofolettis and Mr. Stospal.  The deposition of Mr. Stospal is scheduled for **tomorrow**, January 10, 2020.  Mr. Stospal and one or more of his attorneys will be flying to Minnesota for that deposition.

Yesterday, counsel for newly-added defendant, Shurwest, made their appearance and filed a notice of stay issued in a South Carolina federal court.  See  Docket No. 102.  In that notice, Shurwest contends that a stay issued in a receivership matter involving entities and persons that are not parties to this lawsuit has effectively stayed this Minnesota action.  Following Shurwest's appearance, counsel for the plaintiffs in this action forwarded the Ciofoletti and Stospal deposition notices and indicated that the witnesses would not be voluntarily produced for more than one deposition.

Because of these developments, Securian believes it would be beneficial for the parties to speak with the Court about how to proceed.  We understand that this is short notice and appreciate the Court's attention.



LARSONKING.COM    30 East Seventh Street, Suite 2800  •  Saint Paul, Minnesota 55101
P 651·312·6500  TF 877·373·5501  F 651·312·6618  LARSON · KING, LLP

Very truly yours,

LARSON · KING, LLP

*s/Shawn M. Raiter*

**SHAWN M. RAITER**

SMR:lcb
cc:   All Counsel of Record (via ECF)