# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR AND ROCCO CIOFOLETTI, and LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.<br><br>Defendants. | Case No.: 18-cv-03025-JNE-ECW<br><br>**SECURIAN DEFENDANTS' JOINDER IN SHURWEST'S NOTICE OF STAY** |

      Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc. (the "Securian Defendants") hereby join in Defendant Shurwest LLC's Notice of Stay, which was filed in this case on January 8, 2020.  *See* Dkt. 102.  In its Notice, Shurwest requests that this Court stay this case until the South Carolina Court presiding over the criminal action against Scott Kohn has ruled on the pending motion seeking clarification of the scope of the stay imposed by that court's Amended Receivership Order.  *See* Dkt. 102 at 3, 6.

      While the Securian Defendants do not take any position on the scope of the stay imposed by the Amended Receivership Order or its effect on this case, and therefore do not join in Shurwest's argument that this case is subject to the stay order, the Securian Defendants agree that it will maximize the resources of the Parties and the Court to postpone any proceedings in this case until after the South Carolina Court rules on the clarification motion.  The Securian Defendants therefore join Shurwest's

request that the Court stay proceedings and vacate pending dates and deadlines in this matter until the South Carolina Court issues its ruling on the clarification motion.

DATED:  January 13, 2020

s/ Kathy J. Huang
Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope St., 16th Fl.
Los Angeles, CA   90071
Tel: (213) 576-1000
Fax: (213) 576-1100
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING**
30 East Seventh St., Ste. 2800
St. Paul, MN 55101
Tel: 651) 312-6500
Fax: (651) 312-6618
sraiter@larsonking.com
dwilk@larsonking.com

*Attorneys for Defendants*
Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc**.**