**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br><br>Defendants. | **COURT MINUTES**<br>BEFORE: Elizabeth Cowan Wright<br>U.S. Magistrate Judge, Courtroom 3C<br><br>Civil Case No.:   18-cv-03025 JNE/ECW<br>Date:   January 21, 2020<br>Court Reporter:   Lynne Krenz<br>Time Commenced:   2:00 p.m.<br>Time Concluded:   2:55 p.m.<br>Time in Court:   55 minutes |

APPEARANCES:

For Plaintiffs:   Kenneth Wexler, Daniel Nordin, and Lee Squitieri

For Defendants Securian Financial Group, Inc., Securian Life Insurance Co., and Minnesota Mutual Companies, Inc.:   Robert Phillips and Shawn Raiter

For Defendant Shurwest LLC:   Jason Hopkins and Brooke Anthony

**Hearing held on Defendant Shurwest LLC's Notice of Stay (Dkt. 102). For the reasons stated forth in open court it was ordered by U.S. Magistrate Judge Elizabeth Cowan Wright from the bench that:**

1. **The present case in its entirety shall be STAYED for a for no later than sixty (60) days from January 21, 2020, pending a decision in the matter** *In re Receiver for Scott A. Kohn, Future Income Payments, LLC, et al.*, **No. 6:19-cv-1112(D.S.C. ) ("South Carolina Case") regarding the reach of a stay issued by that court to the present litigation.**

2. **Should the court in the South Carolina Case reach a decision earlier than the 60 days set forth above, then the parties shall file a letter with this Court regarding the outcome of that decision within five (5) days of the decision, and what the parties believe the order means with respect to this litigation, along with any proposed litigation that Shurwest LLC intends to file that would actually implicate the receivership property.**

3. **If no decision is reached within 60 days in the South Carolina case, then the stay in this case will automatically dissolve with no further action of the Court, and the parties shall immediately contact this Court to schedule a status conference.**

☐ ORDER TO BE ISSUED     ☒ NO ORDER TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

s/SGK
Law Clerk
