UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SECURIAN FINANCIAL GROUP, INC., et al.,

Defendants.

Civil No. 0:18-cv-03025 (JNE/ECW)

**STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 16.3, the parties, through their undersigned counsel,[1] hereby stipulate to amend the Court's Pretrial Scheduling Order entered on May 9, 2019 [Doc. #72].

There is good cause for an amendment to the Pretrial Scheduling Order for the following reasons:

1.  On October 26, 2018, Plaintiff Rocco Ciofoletti started this lawsuit against Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc. (collectively, the "Securian Defendants"). On December 3, 2019, Plaintiffs filed a Second Amended

---

[1] Shurwest joins in this stipulation pursuant to the Court's order requiring its filing. [Doc. 126] Shurwest, by joining in this stipulation, is not waiving its objection to the Court's exercise of personal jurisdiction over it.

**STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SCHEDULING ORDER – PAGE 1**

Complaint that named Shurwest, LLC ("Shurwest") as a defendant.  The Securian
Defendants answered the Second Amended Complaint on December 16, 2019.
Shurwest intends to file a motion to dismiss for lack of jurisdiction under Rule 12(b)(2)
of the Federal Rules of Civil Procedure and a motion to dismiss for failure to state a
claim under Rule 12(b)(6) .

2.      The Court directed the parties to confer regarding the schedule in this
action [Doc. #126].  The parties did so, and they agree that a schedule should be set for
briefing on motions that will determine whether Shurwest should remain a party to this
case.  They respectfully ask the Court to extend the deadline for submission of a
proposed amended scheduling order that would govern the case through trial until
after the Court's determination of Shurwest's motions to dismiss because whether
Shurwest remains a party to the case may have an impact on the extent to which the
existing schedule should be altered.  They also ask that the Court suspend existing
deadlines pending submission of a proposed amended scheduling order.

For the foregoing reasons, the parties' hereby stipulate that there is good cause to
amend the Court's Pretrial Scheduling Order as follows:

**SHURWEST'S MOTION TO DISMISS**

1.      Shurwest shall file its motions to dismiss and supporting documents
within 30 days of the date of the Court's Order approving this Stipulation.  The briefing
deadlines on that motion will be governed by Local Rule 7.1.

**MEET AND CONFER / SUBMISSION OF PROPOSED SCHEDULING ORDER**

2.      Within 10 days following the Court's ruling on Shurwest's motions to dismiss, the parties shall meet and confer regarding the schedule in this action, including the schedule for any remaining briefing on Plaintiffs' class certification motion (Dkt. 84) and file a proposed amended scheduling order. To the extent the parties disagree with respect to the proposed amended scheduling order, they will set forth their positions as to any disagreements in letters filed on CM/ECF contemporaneously with the proposed amended scheduling order

**EXISTING DEADLINES**

3.      The remaining deadlines in the Court's Pretrial Scheduling Order entered on May 9, 2019 [Doc. #72] are suspended.

Dated:  February 20, 2020

**ANTHONY OSTLUND
BAER & LOUWAGIE P.A.**

Brooke D. Anthony (#0387559)
Philip J. Kaplan (#0389351)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email: banthony@anthonyostlund.com
        pkaplan@anthonyostlund.com

*and*

**DLA PIPER LLP (US)**

s/ Jason M. Hopkins
Jason S. Lewis
(Texas No. 24007551 *pro hac vice*)
Jason M. Hopkins
(Texas No. 24059969 *pro hac vice*)
1900 N. Pearl St., Ste. 2200
Dallas, Texas 75201
Tel: (214) 743-4546
Fax: (972) 813-6267
Email: Jason.Lewis@dlapiper.com
        Jason.Hopkins@dlapiper.com

***Attorneys for Defendant Shurwest, LLC***

s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Daniel J. Nordin (#392393)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dnordin@gustafsongluek.com

Lee Squitieri
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
lee@sfclasslaw.com

Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

*Attorneys for Plaintiffs*

s/ Kathy J. Huang
Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope St., 16th Fl.
Los Angeles, CA  90071
Tel: (213) 576-1000
Fax: (213) 576-1100
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING**
30 East Seventh St., Ste. 2800
St. Paul, MN 55101
Tel: 651) 312-6500
Fax: (651) 312-6618
sraiter@larsonking.com
dwilk@larsonking.com

*Attorneys for Defendants Securian Financial*
*Group, Inc., Minnesota Life Insurance*
*Company, Securian Life Insurance Company*
*and Minnesota Mutual Companies, Inc*

## <u>ORDER</u>

For good cause shown, the Court hereby adopts the parties' Stipulation above.

SO ORDERED.

Dated: _____          _____
Honorable Elizabeth Cowan Wright
United States Magistrate Judge