# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br>　　　　*Plaintiffs*,<br>v.<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br>　　　　*Defendants*. | §§§§§§§§§§§§ | CASE NO.  0:18-CV-03025-JNE-ECW |

## SHURWEST, LLC'S NOTICE OF MOTION TO EXTEND TIME

TO:　Plaintiffs, through their counsel Lee Squitieri, SQUITIERI & FEARON, LLP,  32 East 57th Street,  12th Floor,  New York, New York 10022; Daniel E. Gustafson, Karla M. Gluek, Daniel J. Nordin, GUSTAFSON GLUEK PLLC, Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN  55402; and Kenneth A. Wexler, Kara A. Elgersma, WEXLER WALLACE LLP, 55 W. Monroe Street, Suite 3300, Chicago, Illinois 60603.

　　PLEASE TAKE NOTICE that Shurwest LLC will move the Court, either without a hearing or with a telephonic hearing at the Court's earliest availability, for an extension of time to file its motion to dismiss Plaintiffs' complaint as a result of the effects of the COVID-19 pandemic.

　　　　　　　　　　[signature page follows]

Dated:  March 23, 2020

**ANTHONY OSTLUND
BAER & LOUWAGIE P.A.**

Brooke D. Anthony (#0387559)
Philip J. Kaplan (#0389351)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email: banthony@anthonyostlund.com
         pkaplan@anthonyostlund.com

*and*

**DLA PIPER LLP (US)**

s/ Jason M. Hopkins
Jason S. Lewis
(Texas No. 24007551 *pro hac vice*)
Jason M. Hopkins
(Texas No. 24059969 *pro hac vice*)
1900 N. Pearl St., Ste. 2200
Dallas, Texas 75201
Tel: (214) 743-4546
Fax: (972) 813-6267
Email: Jason.Lewis@dlapiper.com
         Jason.Hopkins@dlapiper.com

*Attorneys for Defendant Shurwest, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 23, 2020, I served the foregoing motion on all counsel of record via the Court's CM/ECF system.

/s/ Jason M. Hopkins
Jason M. Hopkins