# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated, §§§§<br>   *Plaintiffs*, §<br>v. §§<br>SECURIAN FINANCIAL GROUP, INC., et al., §§§§<br>   *Defendants*. §§§ | CASE NO.  0:18-CV-03025-JNE-ECW |

## ORDER

The Court, having considered specially appearing defendant Shurwest, LLC's motion to extend its deadline to move to dismiss Plaintiff's complaint, GRANTS the motion.  Shurwest shall file its motion to dismiss on or before April 27, 2020.

Signed on March _____, 2020

                    _____
                    Hon. Elizabeth Cowan Wright
                    United States Magistrate Judge