# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR and ROCCO CIOFOLETTI, and LARRY STOSPAL on behalf of themselves and all others similarly situated,<br>   Plaintiff(s)<br><br>v.<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.,<br>   Defendant(s) | **LR 7.1(f) & LR 72.2(d)**<br>**CERTIFICATE OF COMPLIANCE**<br><br>Case Number: 18-cv-03025-JNE-ECW |

I, Jason S. Lewis  *[name of filer]*, certify that the

☒ Memorandum titled: Memorandum of Law of Defendant Shurwest, LLC in Support of Its Motion to Dismiss Plaintiffs' Complaint
  complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☒ Used the following word processing program and version: MS Office Prof. Plus 2016
  and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 6,763

Date: April 27, 2020         s/ Jason S. Lewis
                  *Name*    Jason S. Lewis
                  *Law Firm* DLA Piper LLP (US)
                  *Address 1* 1900 North Pearl Street, Suite 2200
                  *Address 2* Dallas, TX 75201
                  *Phone*   214.743.4500
                  *Email*   jason.lewis@dlapiper.com
                  *Bar ID*  Texas No. 24007551 *pro hac vice*

WEST/289775552


American LegalNet, Inc.
www.FormsWorkFlow.com