UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 0:18-cv-03025-JNE-ECW<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Kenneth A. Wexler, certify that the Opposition to Defendant Shurwest, LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint complies with D. Minn. LR 71(f).  I further certify that in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced memorandum contains 11,203 words.

Dated:  June 2, 2020　　　　　　　　　*/s/ Kenneth A. Wexler*

　　　　　　　　　　　　　　　　　　Kenneth A. Wexler (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Kara A. Elgersma (*pro hac vice*)
　　　　　　　　　　　　　　　　　　**WEXLER WALLACE LLP**
　　　　　　　　　　　　　　　　　　55 W. Monroe Street
　　　　　　　　　　　　　　　　　　Suite 3300
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　Tel: (312) 346-2222
　　　　　　　　　　　　　　　　　　kaw@wexlerwallace.com
　　　　　　　　　　　　　　　　　　kae@wexlerwallace.com

　　　　　　　　　　　　　　　　　　*Attorneys for Stospal Plaintiff*

Lee Squitieri (*pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

*Attorneys for Ciofoletti Plaintiff*

Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Amanda M. Williams (#341691)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
awilliams@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys for Ciofoletti and Stospal Plaintiffs*