

DLA Piper LLP (US)
1900 North Pearl Street
Suite 2200
Dallas, TX 75201-2467
www.dlapiper.com

Jason Hopkins
Jason.Hopkins@dlapiper.com
T   214.743.4546
F   972.813.6267

July 2, 2020

<u>*Via CM/ECF*</u>

The Honorable Joan N. Ericksen
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

   RE: *Ciofoletti v. Securian Financial Group, Inc., et al.*; Case No. 0:18-cv-03025-JNE-ECW; in the United States District Court for the District of Minnesota.

Dear Judge Ericksen:

  I write on behalf of Defendant Shurwest, LLC ("Shurwest") regarding the letter and accompanying materials filed by Plaintiffs on July 1, 2020 (Dkt. 162).  Through this letter, Plaintiffs seek to submit additional arguments and introduce a new exhibit into the record, effectively filing an impermissible sur-reply to Shurwest's Motion to Dismiss (Dkt. 134). Because Plaintiffs' filing was submitted without the Court's permission, it violates Local Rule 7.1.  *See* Local Rule 7.1(i) ("Except with the court's prior permission, a party must not file a memorandum of law except as expressly allowed under LR 7.1.").

  Shurwest respectfully requests that Plaintiffs' July 1, 2020 filing be stricken from the record.  If the Court permits the filing, Shurwest respectfully requests an opportunity to respond with a short brief addressing the arguments and exhibit tendered by Plaintiffs.

        Very truly yours,

        DLA Piper LLP (US)

        Jason M. Hopkins

Cc: All Counsel