

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 B STREET
17TH FLOOR
SAN DIEGO, CA 92101

**DANIEL J. NORDIN**
dnordin@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

July 7, 2020

**VIA ECF**
The Honorable Joan N. Ericksen
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minnesota 55415

      Re:   *Ciofoletti, et al. v. Securian Financial Group, Inc., et al.*
              **Case No.: 0:18-cv-03025**

Dear Judge Ericksen:

      I write on behalf of Plaintiffs in response to Defendant Shurwest, LLC's ("Shurwest") July 2, 2020 letter to express three brief points. First, Plaintiffs do not view their July 1, 2020 letter qualifies as a "memorandum of law". Second, Plaintiffs received permission from the Court's clerk on June 25, 2020, to file the July 1 letter. Third, Plaintiffs do not object to Shurwest filing a letter of comparable length to Plaintiffs' July 1 letter. Had counsel for Shurwest contacted Plaintiffs' counsel prior to Shurwest filing its July 2 letter, Plaintiffs would have responded that they had no objection to Shurwest filing a responsive letter.

                                    Sincerely,

                                    GUSTAFSON GLUEK PLLC

                                      s/Daniel J. Nordin
                                   Daniel J. Nordin

DJN/sam

cc:     Counsel of Record (via ECF)