# SQUITIERI & FEARON, LLP

32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

August 17, 2020

**BY ECF**

Honorable Joan N. Ericksen, U.S.D.J.
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minnesota 55415

Re:   **Ciofoletti, et al. v. Securian Financial Group, Inc., et al.**
      **Case No.: 18-cv-03025**

Dear Judge Ericksen:

   Having obtained the Court's permission, attached as supplemental authority in opposition to the Rule 12(b)(2) and 12(b)(6) motion filed by Defendant Shurwest, LLC (ECF No. 134) are two decisions of the Court of Common Pleas, Anderson County, South Carolina (The "S.C. Court").

Respectfully,

/s/ Lee Squitieri

Lee Squitieri

LS:mm
Encls,