UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eleanor Ciofoletti, Rocco Ciofoletti, and Larry
Stospal, on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

Securian Financial Group, Inc., Minnesota Life
Insurance Company, Securian Life Insurance
Company, Shurwest, LLC, and Minnesota Mutual
Companies, Inc.,

        Defendants.

Case No. 18-cv-3025 (JNE/ECW)
ORDER

On June 23, 2020, the Court heard oral argument on Defendant Shurwest's Motion

to Dismiss and took the matter under advisement. Since that hearing, Plaintiffs have filed

two letters with recently issued supplemental authority. Plaintiffs had requested

permission to file the letters but did not include Shurwest in those communications. In

response to Plaintiffs' first letter, Shurwest asked the Court to strike it from the record as

an impermissible memorandum of law in violation of Local Rule 7.1(i). In response to

Plaintiffs' second letter, Shurwest made legal arguments about the relevance of the

supplemental authority, submitted additional factual evidence in support of its motion to

dismiss, and raised a new argument about what forum would be most appropriate for this

litigation by citing a case it had not cited in its briefing. *See* ECF No. 169.

While the Court has permitted the parties to submit supplemental authority,

Shurwest has now abused that practice. As Shurwest has observed, Local Rule 7.1(i)

1

2

forbids unsolicited memoranda of law except with the Court's prior permission.

Shurwest's August 20, 2020 letter violated this rule and will not be considered. By

contrast, Plaintiffs' letters did not raise new arguments and merely quoted the authority

attached. In any event, Shurwest's request to strike Plaintiffs' first letter is not properly

before the Court. *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made

by motion.").

Hereafter, the parties shall include the opposing party in any communication with

the Court.

IT IS SO ORDERED.

Dated: August 26, 2020

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge