UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR and ROCCO CIOFOLETTI, and LARRY STOSPAL on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>                Defendants. | Civil Action No.: 18-cv-03025-JNE-ECW |

## **MEET AND CONFER STATEMENT ON MOTION TO COMPEL**

Pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 37(a)(1), the undersigned counsel, representing Defendant Shurwest, LLC ("Shurwest") in the above-captioned action, hereby certifies that he conferred with counsel for Plaintiffs on multiple occasions, including by email on January 28, 2021, February 4, 2021, and February 8, 2021, requesting that Plaintiffs' counsel provide verifications to Plaintiffs' interrogatory responses. No verifications have been received, and Shurwest's Motion to Compel is therefore presented to the Court for determination as an opposed motion.

**Meet and Confer Statement on Motion to Compel – Page 1**

Dated: March 10, 2021          Respectfully submitted,

/s/ Jason M. Hopkins
Brooke D. Anthony (#0387559)
Philip J. Kaplan (#0389351)
**ANTHONY OSTLUND**
**BAER & LOUWAGIE P.A.**
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email:  banthony@anthonyostlund.com
        pkaplan@anthonyostlund.com

*and*

Jason S. Lewis
(Texas No. 24007551 *pro hac vice*)
Jason M. Hopkins
(Texas No. 24059969 *pro hac vice*)
**DLA PIPER LLP (US)**
1900 N. Pearl St., Ste. 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email:  jason.lewis@dlapiper.com
        jason.hopkins@dlapiper.com

***Attorneys for Defendant Shurwest, LLC***

**Meet and Confer Statement on Motion to Compel – Page 2**