# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE

Rocco Ciofoletti, et al,

        Plaintiffs,

v.

Securian Financial Group, Inc. et al,

        Defendants.

**COURT MINUTES**
Case Number: 18-cv-3025 JNE/ECW

| | |
|---|---|
| Date: | March 15, 2021 |
| Court Reporter: | n/a |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:40 a.m. |
| Time in Court: | 10 Minutes |

**Status Conference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

  For Plaintiff:   Lee Squitieri, Daniel Nordin, Kenneth Wexler, and Melinda Morales
  For Securian Defendants: Robert Phillips
  For Defendant Shurwest LLC: Jason Hopkins, Maria Stefanova, Philip Kaplan

The Court held a pre-discovery dispute call regarding Shurwest's motion to compel interrogatory verifications (Dkt. 185). Plaintiffs' counsel reported that two of the three verifications have been provided and the third will be provided shortly. Shurwest's counsel indicated its intent to withdraw the motion if the third is provided. Counsel are reminded of their obligations to follow the Court's procedures and fully meet and confer before filing a motion to compel.

                                                *s/Elizabeth Cowan Wright*
                                             United States Magistrate Judge