UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br><br>Defendants. | Case No.: 0:18-cv-03025-JNE-ECW |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, by and through counsel, hereby move this Court for an order certifying this action as a class action pursuant to Rule 23(a) and (b)(3); appointing all Plaintiffs' attorneys as Class Counsel; and appointing Plaintiffs as Class Representatives.

This Motion is based on the pleadings, files, records, and testimony herein, including Plaintiffs' Memorandum of Law and the Declaration of Lee Squitieri filed in support of this Motion.

Dated:  March 31, 2021

s/Daniel J. Nordin
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Amanda M. Williams (#341691)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
awilliams@gustafsongluek.com
dnordin@gustafsongluek.com

*Attorneys for Ciofoletti and Stospal Plaintiffs*

Lee Squitieri (*pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

*Attorneys for Ciofoletti Plaintiffs*

Kenneth A. Wexler (*pro hac vice*)
Kara A. Elgersma (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

*Attorneys for Stospal Plaintiff*