UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR and ROCCO CIOFOLETTI, and LARRY STOSPAL on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>                    Defendants. | Civil Action No.: 18-cv-03025-JNE-ECW |

## **DEFENDANT SHURWEST, LLC'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 26(b), Defendant Shurwest, LLC ("Shurwest") moves for a protective order over the deposition of its president, Jim Maschek. This motion is based upon Shurwest's memorandum of law in support of the motion, the exhibits attached thereto, and all files, records, evidence, briefing, or arguments of counsel as may be presented.

[signature page follows]

**Defendant Shurwest, LLC's Motion for Protective Order – Page 1**

/s/ Jason M. Hopkins
Brooke D. Anthony (#0387559)
Philip J. Kaplan (#0389351)
**ANTHONY OSTLUND**
**BAER & LOUWAGIE P.A.**
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email:  banthony@anthonyostlund.com
            pkaplan@anthonyostlund.com

*and*

Jason S. Lewis
(Texas No. 24007551 *pro hac vice*)
Jason M. Hopkins
(Texas No. 24059969 *pro hac vice*)
**DLA PIPER LLP (US)**
1900 N. Pearl St., Ste. 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email:  jason.lewis@dlapiper.com
            jason.hopkins@dlapiper.com

*Attorneys for Defendant Shurwest, LLC*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on all counsel of record on June 11, 2021 via the Court's CM/ECF system.

/s/ Jason M. Hopkins
Jason M. Hopkins

**Defendant Shurwest, LLC's Motion for Protective Order – Page 2**