UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR and ROCCO CIOFOLETTI, and LARRY STOSPAL on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>                    Defendants. | Civil Action No.: 18-cv-03025-JNE-ECW |

**DEFENDANT SHURWEST, LLC'S AMENDED NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 29, 2021 at 3:30 pm, a hearing will be held via Zoom before the Honorable Elizabeth Cowan Wright, Magistrate Judge, District of Minnesota, on Defendant Shurwest, LLC's Motion for Protective Order. Plaintiffs' responsive brief shall be due on June 25, 2021, in accordance with Local Rule 7.1(b)(2).

Dated: July 11, 2021

Respectfully submitted,

/s/ Jason M. Hopkins

Brooke D. Anthony (#0387559)
Philip J. Kaplan (#0389351)
**ANTHONY OSTLUND**
**BAER & LOUWAGIE P.A.**
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email:  banthony@anthonyostlund.com
         pkaplan@anthonyostlund.com

*and*

Jason S. Lewis
(Texas No. 24007551 *pro hac vice*)
Jason M. Hopkins
(Texas No. 24059969 *pro hac vice*)
**DLA PIPER LLP (US)**
1900 N. Pearl St., Ste. 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email:  jason.lewis@dlapiper.com
         jason.hopkins@dlapiper.com

*Attorneys for Defendant Shurwest, LLC*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record on June 11, 2021 via the Court's CM/ECF system.

/s/ Jason M. Hopkins
Jason M. Hopkins

**Notice of Hearing on Motion for Protective Order – Page 2**
WEST\294694116.1