# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR AND ROCCO CIOFOLETTI, and LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.<br><br>Defendants. | Case No.: 18-cv-03025-JNE-ECW<br><br>**LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE** |

    I, Kathy J. Huang, certify that Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc.'s (collectively, "Minnesota Life") Opposition to Plaintiffs' Motion for Class Certification complies with D. Minn. Local Rule 7.1(f).  I further certify that in preparation of this Opposition, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count.  I further certify that the above-referenced Opposition contains 11,885 words.  The Opposition was prepared in size 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

DATED:  June 30, 2021               Respectfully submitted,

*/s/ Kathy J. Huang*
Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope St., 16th Fl.
Los Angeles, CA   90071
Tel: (213) 576-1000
Fax: (213) 576-1100
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING**
30 East Seventh St., Ste. 2800
St. Paul, MN 55101
Tel: 651) 312-6500
Fax: (651) 312-6618
sraiter@larsonking.com
dwilk@larsonking.com

*Attorneys for Defendants*
Securian Financial Group, Inc.,
Minnesota Life Insurance Company,
Securian Life Insurance Company and
Minnesota Mutual Companies, Inc**.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I caused a copy of **LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
[Kathy J. Huang]
[Kathy.huang@alston.com]

　/s/ *Kathy J. Huang*

2