# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ELEANOR and ROCCO CIOFOLETTI, and LARRY STOSPAL on behalf of themselves and all others similarly situated,

    Plaintiff(s)

v.

SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, SHURWEST LLC and MINNESOTA MUTUAL COMPANIES, INC.,

    Defendant(s)

**LR 7.1(f) & LR 72.2(d)**
**CERTIFICATE OF COMPLIANCE**

Case Number: 18-cv-03025-JNE-ECW

---

I, Jason M. Hopkins *[name of filer]*, certify that the

☒ Memorandum titled: Shurwest, LLC's Memorandum of Law In Support of Response to Plaintiffs' Motion for Class Certification
complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☒ Used the following word processing program and version: MS Office Prof. Plus 2016
and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 7,337

Date: June 30, 2021

    s/ Jason M. Hopkins
*Name*    Jason M. Hopkins
*Law Firm*    DLA Piper LLP (US)
*Address 1*    1900 North Pearl Street, Suite 2200
*Address 2*    Dallas, TX 75201
*Phone*    214.743.4500
*Email*    jason.hopkins@dlapiper.com
*Bar ID*    Texas No. 24059969 *pro hac vice*

WEST/289775552

