UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rocco Ciofoletti, and Larry Stospal,
on behalf of themselves and all others
similarly situated, and Eleanor Ciofoletti,

      Plaintiffs,

v.                                       Civil No. 18-3025 (JNE/ECW)

Securian Financial Group, Inc.,
Minnesota Life Insurance Company,
Securian Life Insurance Company,
Minnesota Mutual Companies, Inc.,
and Shurwest LLC,

      Defendants.

_____

Minnesota Life Insurance Company,

      Plaintiff,

v.                                       Civil No. 21-1603 (NEB/TNL)

Shurwest Holding Company, Inc.,
an Arizona corporation; Shurwest, LLC,
an Arizona limited liability company;
The Quantum Group USA, an Arizona
limited liability company; and Ron
Shurts, an individual,

      Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

      Case No. 18-cv-3025 (JNE/ECW) having been assigned to Judge Ericksen and Case No. 21-cv-1603 (NEB/TNL) having later been assigned to Judge Brasel, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 21-cv-1603 (NEB/TNL) be assigned to Judge Joan N. Ericksen and Magistrate Judge Elizabeth Cowan Wright, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Order for Assignment of Cases filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 13, 2021                                     s/Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge

Dated: July 13, 2021                                     s/Nancy E. Brasel
                                                        NANCY E. BRASEL
                                                        United States District Judge