UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br><br>Defendants. | Case No.: 0:18-cv-03025-JNE-ECW |

**DECLARATION OF LEE SQUITIERI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Lee Squitieri, submit this declaration in support of plaintiffs' motion for class certification and declare pursuant to 28 USC § 1746 and under the penalty of perjury that the foregoing is true and correct.

1. I am one of the Court-appointed Co-Lead Counsel for the plaintiffs and the putative class in this action. I make this declaration in support of plaintiff's motion for class certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of the complaint filed in *Minnesota Life Insurance Company v. Shurwest Holding Company, Inc., et al.*, Case: 0:21-cv-01603-NEB-JNL (ECF No. 1)

3. Attached hereto as Exhibit 2 is a true and correct copy of an April 17, 2021, Affidavit signed by Melanie Schulze-Miller.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the February 9, 2021 deposition of Alfred Manfre.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced in this litigation bearing Bates No. ML0001752.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced in this litigation bearing Bates No. ML0001750.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced in this litigation bearing Bates No. ML0001751.

8. Attached hereto and filed under seal as Exhibit 7 is a true and correct copy of the Privilege log initially provided by Securian to Plaintiffs in this litigation.

9. Attached hereto and filed under seal as Exhibit 8 is a true and correct copy of a June 9, 2021, email from Jillian Clow to Kenneth Wexler.

10. Attached hereto as Exhibit 9 is a true and correct copy of a chart prepared by Plaintiffs' counsel titled: "Breach of Fiduciary Duty – State Law Groupings."

11. Attached hereto as Exhibit 10 is a true and correct copy of a chart prepared by Plaintiffs' counsel titled: "State Aiding and Abetting Laws and Groupings."

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, this 14th day of July, 2021.

*s/Lee Squitieri*
Lee Squitieri