UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCCO CIOFOLETTI, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., et al.,<br><br>Defendants. | Case No.: 0:18-cv-03025-JNE-ECW |

## MOTION FOR AMENDED SCHEDULING ORDER

Pursuant to the Court's instruction at the conclusion of the August 9, 2021 hearing, Plaintiffs, by and through their undersigned attorneys, respectfully move the Court to enter an Amended Scheduling Order modifying certain deadlines in the current Scheduling Order (ECF No. 181). This Motion is based on the pleadings, files, and records herein, including the accompanying Memorandum in Support of Motion to Modify the Scheduling order, and supporting documents.

Date: August 23, 2021

Respectfully submitted,

By: */s/ Daniel J. Nordin*
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844

dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dnordin@gustafsongluek.com

Lee Squitieri (*pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

Kenneth A. Wexler (*pro hac vice*)
Kara A. Elgersma (*pro hac vice*)
Melinda J. Morales (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com
mjm@wexlerwallace.com

*Counsel for Plaintiffs*