## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ELEANOR and ROCCO CIOFOLETTI
and LARRY STOSPAL, on behalf of
themselves and all others similarly situated,

Case No. 0:18-cv-03025 (JNE/ECW)

Plaintiffs,

-vs-

SECURIAN FINANCIAL GROUP, INC.,
MINNESOTA LIFE INSURANCE
COMPANY, SHURWEST, LLC,
SECURIAN LIFE INSURANCE
COMPANY and MINNESOTA MUTUAL
COMPANIES, INC.,

Defendants.

### Securian Defendants' Motion for Clarification/Modification of the Amended Scheduling Order that the Entire Case is Stayed by the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(1)

Defendants, by and through their undersigned counsel, pursuant to 11 U.S.C. § 362(a)(1) and Rules 1 and 16 of the Federal Rules of Civil Procedure, respectfully request that this Court enter an Order determining that this entire case is stayed because of the bankruptcy proceeding commenced by Shurwest in the District of Arizona.

This motion is based upon the Securian Defendants' memorandum of law in support of their motion, and all files, records, and pleadings, the arguments of counsel, and any additional argument, evidence, or briefing as may be presented.

1

DATED:  September 7, 2021

Respectfully submitted,

*s/Shawn M. Raiter*
Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING**
30 East Seventh St., Ste. 2800
St. Paul, MN 55101
Tel: 651) 312-6500
Fax: (651) 312-6618
sraiter@larsonking.com
dwilk@larsonking.com

Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope St., 16th Fl.
Los Angeles, CA   90071
Tel: (213) 576-1000
Fax: (213) 576-1100
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

***Attorneys for Defendants***
***Securian Financial Group, Inc.,***
***Minnesota Life Insurance Company,***
***Securian Life Insurance Company and***
***Minnesota Mutual Companies, Inc.***

2