# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE

Rocco Ciofoetti et al,

           Plaintiffs,

v.

Securian Financial Group Inc. et al,

           Defendants.

**COURT MINUTES**
Case Number: 18-cv-3025 JNE/ECW

| | |
|---|---|
| Date: | September 9, 2021 |
| Court Reporter: | n/a |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:14 p.m. |
| Time in Court: | 14 Minutes |

**Status Conference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

  For Plaintiff:    Lee Squitieri and Amanda Williams
  For Defendants Securian Financial Group, Inc.; Minnesota Life Insurance Company; Securian Life Insurance Company; and Minnesota Mutual Companies, Inc. ("the Securian Defendants"):   Shawn Raiter and Kathy Hwang

The Court held a status conference in view of Defendant Shurwest LLC's Suggestion of Bankruptcy (Dkt. 263) and the Securian Defendants' Motion for Clarification/Modification of the Amended Scheduling Order that the Entire Case is Stayed by the Automatic Stay Pursuant to 11 U.S.C. § 362(a)(1) (Dkt. 265).  The Court will set a hearing on the Securian Defendants' motion after counsel have complied with the meet-and-confer requirement of Local Rule 7.1(a)(1) and after any opposition is filed consistent with the Local Rules.

                                                   *s/Elizabeth Cowan Wright*
                                                United States Magistrate Judge