UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR and ROCCO CIOFOLETTI and LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SHURWEST, LLC, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>                Defendants. | Case No.: 0-18-cv-03025-JNE-ECW<br><br>**STIPULATION FOR STAY OF THE ENTIRE CASE EXCEPT AS TO CERTAIN DEPOSITIONS** |

**WHEREAS**, on September 7, 2021, Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc. (together, "Securian") filed a motion to stay this case due to a bankruptcy proceeding commenced by defendant Shurwest, LLC in the District of Arizona [Dkt. 266];

**WHEREAS**, on September 10, 2021, Plaintiffs filed a motion to compel depositions previously ordered by this Court;

**WHEREAS**, Securian and Plaintiffs have met and conferred and have stipulated to a stay of this case except that the following depositions shall be taken by October 1, 2021:

- Mike Clements on or before October 1, 2021
- Edie Jarvis on September 23, 2021 or before October 1, 2021
- Ruth Hallock before October 1, 2021
- John Helberg before October 1, 2021
- Securian and Plaintiffs will work to have third-party Louis Slagle's deposition completed before October 1, 2021.

**NOW, THEREFORE**, Securian and Plaintiffs respectfully request the Court grant the stipulation and order that the case is stayed, pending further guidance and/or rulings from the bankruptcy court in Arizona, except as to the foregoing depositions.

Respectfully submitted,

Date:  September 14, 2021          By:  *s/ Kathy J. Huang*
Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kathy.huang@alston.com
gillian.clow@alston.com

Shawn M. Raiter (#240424)
**LARSON KING**
30 East Seventh St., Ste. 2800
St. Paul, MN 55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
sraiter@larsonking.com

*Attorneys for Defendants*
*Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc.*

2

Date: September 14, 2021         By: s/ *Amanda M. Williams*
                                 Daniel E. Gustafson (#202241)
                                 Amanda M. Williams (#341691)
                                 Daniel J. Nordin (#392393)
                                 GUSTAFSON GLUEK PLLC
                                 Canadian Pacific Plaza
                                 120 South Sixth Street, Suite 2600
                                 Minneapolis, MN  55402
                                 Tel: (612) 333-8844
                                 dnordin@gustafsongluek.com
                                 dgustafson@gustafsongluek.com
                                 kgluek@gustafsongluek.com
                                 awilliams@gustafsongluek.com

                                 Lee Squitieri (pro hac vice)
                                 SQUITIERI & FEARON, LLP
                                 32 East 57th Street
                                 12th Floor
                                 New York, New York 10022
                                 Tel: (212) 421-6492
                                 lee@sfclasslaw.com


Attestation: I, Kathy J. Huang, hereby attest that I have received the consent of Amanda M. Williams to file this document and that she concurs with this document's contents.

3