## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ELEANOR and ROCCO CIOFOLETTI and LARRY STOSPAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>SECURIAN FINANCIAL GROUP, INC., MINNESOTA LIFE INSURANCE COMPANY, SHURWEST, LLC, SECURIAN LIFE INSURANCE COMPANY and MINNESOTA MUTUAL COMPANIES, INC.,<br><br>Defendants. | Case No.:  0-18-cv-03025-JNE-ECW<br><br><br>**WRITTEN UPDATE REGARDING DEFENDANT SHURWEST, LLC BANKRUPTCY PROCEEDINGS** |

As required by this Court's September 16, 2021, Order (ECF No. 287), Plaintiffs

Eleanor Ciofoletti, Rocco Ciofoletti, and Larry Stospal (collectively, "Plaintiffs") [and

Defendants Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian

Life Insurance Company and Minnesota Mutual Companies, Inc. (together, "Securian")]

submit this Written Update Regarding Defendant Shurwest, LLC Bankruptcy Proceedings.

### BACKGROUND

Defendant Shurwest LLC filed a suggestion of Bankruptcy on August 31, 2021

(ECF No. 263) notifying the Court that it filed a petition for relief pursuant to Title 11 of

the United States Code (the "Bankruptcy Code") in the United States District Court for the

District of Arizona. *In re: Shurwest, LLCD, an Arizona Limited Liability Corporation (FKA Shurwest Inc.)*, Case No. 21-bk-06723 (D. Ariz. Bky.). Based on the suggestion of Bankruptcy, the Court stayed this action as to Shurwest LLC as of August 31, 2021, and ordered the action remain stayed as to Shurwest LLC until further order of the Court by operation of 11 U.S.C. 362(a). *See* ECF No. 271.

On September 16, 2021, the Court granted the Securian Defendants and Plaintiffs' Stipulation for Stay of the Entire Case Except as to Certain Depositions and stayed the entire case[1] until further order of the Court. *See* ECF No. 287.  The Order provides:

> Unless the basis for the automatic stay as to Shurwest dissipates sooner . . . on or before November 30, 2021, the parties shall provide a written update to the Court regarding the status of the bankruptcy proceeding, the continued viability of the stay, and any recommendations for further case management.

*See* ECF No. 287 at p.2.  The Parties are providing the update below pursuant to the Court's September 16, 2021, Order (ECF No. 287)

### STATUS OF THE SHURWEST BANKRUPTCY, VIABILITY OF THE STAY, AND RECOMMENDATIONS FOR FURTHER CASE MANAGEMENT

The basis for the automatic stay as to Shurwest has not dissipated as the bankruptcy proceedings are ongoing.  Significant events and deadlines include the following:

| October 5, 2021 | Meeting of Creditors |
|---|---|
| October 5, 2021 | Ad Hoc Committee Motion to Remove the Debtor in Possession. (ECF No. 90). |
| November 9, 2021 | Deadline to file Proofs of Claim. |

---

[1] The Court allowed the parties to complete certain non-Shurwest depositions that had previously been noticed on or before October 1, 2021.  All of the allowed depositions were timely completed.

| November 10, 2021 | Interested parties submitted position papers for a subsequently cancelled Video Mediation. (ECF No. 136). |
|---|---|
| January 11, 2022 | Chapter 11 Ballots Due (ECF No. 144). |
| January 18, 2022 | Confirmation Hearing and Hearing on Motion to Remove Debtor in Possession. (ECF Nos. 144 & 145). |

Discovery is currently taking place in the bankruptcy proceedings in connection with the Ad Hoc Committee's Motion to Remove the Debtor in Possession.

Shurwest bankruptcy counsel has indicated it may file a motion to transfer this case to the bankruptcy court. In the interim, Plaintiffs **[and Securian]** believe it appropriate to continue the existing stay while the bankruptcy proceeding remains active and therefore propose providing another written update to the Court in 90 days, on February 28, 2022.

Dated: November 30, 2021                    Respectfully submitted,

s/__*Daniel J. Nordin*_____
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Daniel J. Nordin (#392393)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dnordin@gustafsongluek.com

Lee Squitieri (*pro hac vice)*
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
lee@sfclasslaw.com

Kenneth A. Wexler (*pro hac vice*)
Kara A. Elgersma (*pro hac vice*)
Melinda J. Morales (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
mjm@wbe-llp.com

*Attorneys for Plaintiffs*

*/s/ Gillian H. Clow*
Robert D. Phillips, Jr. (*pro hac vice*)
Kathy J. Huang (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope St., 16th Fl.
Los Angeles, CA   90071
Tel: (213) 576-1000
Fax: (213) 576-1100
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING**
30 East Seventh St., Ste. 2800
St. Paul, MN 55101
Tel: 651) 312-6500
Fax: (651) 312-6618
sraiter@larsonking.com
dwilk@larsonking.com

4

5

***Attorneys for Defendants***
Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company and Minnesota Mutual Companies, Inc***.***

Attestation: I, Gillian H. Clow, hereby attest that I have received the consent of Daniel J. Nordin, counsel for Plaintiffs, to file this document and that he concurs with this document's contents.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I caused a copy of **WRITTEN UPDATE REGARDING DEFENDANT SHURWEST, LLC BANKRUPTCY PROCEEDINGS** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:

[Gillian H. Clow]

[gillian.clow@alston.com]

Dated: November 30, 2021      /s/ *Gillian H. Clow*

6