UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eleanor Ciofoletti, Rocco Ciofoletti, and
Larry Stospal,

      Plaintiffs,

v.

Securian Financial Group, Inc., Minnesota
Life Insurance Company, Securian Life
Insurance Company, Shurwest, LLC, and
Minnesota Mutual Companies, Inc.,

      Defendants.

Case No. 18-cv-3025 (JNE/ECW)
ORDER

In September 2021, Plaintiffs and the Securian Defendants (Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc.) stipulated to stay the action, except for certain depositions, because Shurwest, LLC, had filed for bankruptcy in the District of Arizona. Except for the depositions, the action was stayed. The parties recently stipulated to the dismissal without prejudice of Plaintiffs' claims against Shurwest. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and the Securian Defendants subsequently agreed that "Plaintiffs' claims against the Securian Defendants can proceed to resolution." Based on the stipulation of dismissal, Plaintiffs' claims against Shurwest are dismissed without prejudice. The stay is lifted.

      IT IS SO ORDERED.

Dated: April 4, 2023

                                                s/Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge