UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eleanor Ciofoletti, Rocco Ciofoletti, and
Larry Stospal,

      Plaintiffs,

v.

Securian Financial Group, Inc., Minnesota
Life Insurance Company, Securian Life
Insurance Company, Shurwest, LLC, and
Minnesota Mutual Companies, Inc.,

      Defendants.

Case No. 18-cv-3025 (JNE/ECW)
ORDER

In March 2023, the parties stipulated to the dismissal without prejudice of Plaintiffs' claims against Shurwest, LLC.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiffs and the remaining defendants recently stipulated "to the dismissal of the action with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs."  *See id.*  Based on the stipulation, the action as to Plaintiffs, Securian Financial Group, Inc., Minnesota Life Insurance Company, Securian Life Insurance Company, and Minnesota Mutual Companies, Inc., is dismissed with prejudice.  The Clerk of Court shall close the case.

      IT IS SO ORDERED.

Dated: June 30, 2023

                                                 s/Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Judge